IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> IMPAX LABORATORIES, LLC, ) <br> ) <br> *Defendant*. ) <br> ) <br> ) | C.A. No. 1:19-cv-998-RGA |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT IMPAX LABORATORIES, LLC**

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses without prejudice all claims by Plaintiff against Defendant Impax Laboratories, LLC. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 16, 2019                             Respectfully submitted,

                                                                              */s/   **Stamatios Stamoulis**_____
                                                                              Stamatios Stamoulis (#4606)
                                                                              Stamoulis & Weinblatt LLC
                                                                              800 N. West Street, Third Floor
                                                                              Wilmington, DE 19801
                                                                              (302) 999-1540
                                                                              stamoulis@swdlaw.com

                                                                              Kirk J. Anderson (SBN 289043)
                                                                              (*Admitted pro hac vice*)
                                                                              kanderson@budolaw.com
                                                                              BUDO LAW P.C.
                                                                              5610 Ward Rd., Suite #300

Arvada, CO 80002<br>
(720) 225-9440 (Phone)<br>
(720) 225-9331 (Fax)<br>
<br>
*Attorney(s) for Plaintiff Symbology*<br>
*Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/   Stamatios Stamoulis
Stamatios Stamoulis (#4606)